*See* 810 F.Supp. 1287

Koyo Seiko Co., Ltd. and Koyo Corp. of U.S.A., plaintiffs, and Isuzu Motors Ltd. and American Isuzu Motors Inc., intervenors *v.* United States and U.S. Department of Commerce, defendants, and Timken Co., intervenor

Court No. 90–10–00546

(Dated March 10, 1993)

## ORDER

Tsoucalas, *Judge:* Upon consideration of defendants' consent motion for modification of Slip Op. 93–3, it is hereby

Ordered that the motion is granted and that the U.S. Department of Commerce is authorized, upon remand, to utilize an improved computer program consistent with the methodology utilized in the original administrative review, as modified by this Court.